SECOND DEPARTMENT, APRIL, 1971

(April 5, 1971)

In the Matter of EDITH K. WORK, Respondent, v. ROBERT E. DELANY et al., Constituting the Board of Appeals of the Village of Scarsdale, Appellants.—

Munder, Acting P. J., Latham, Shapiro and Brennan, JJ., concur; Martuscello, J., concurs in granting the motion for reargument, but otherwise dissents and, on reargument, votes to affirm the judgment.